UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL HOPKINS, | CASE NO. C18-1723 MJP |
| Plaintiff, | ORDER DENYING STIPULATED MOTION TO CONTINUE TRIAL DATES |
| v. | |
| INTEGON GENERAL INSURANCE CORPORATION, | |
| Defendant. | |

The Court, having received and reviewed the Stipulated Motion to Continue the Trial Date and Pretrial Deadlines (Dkt. No. 25), finds that the motion fails to provide an adequate explanation as to why the existing case deadlines cannot be met. The Parties have failed to describe any conflict with the existing dates, provide information about when those conflicts arose, or why the conflicts were not brought to the Court's attention when the trial date was set. The Parties have therefore failed to show good cause to amend the case schedule, and the Court declines to make amendments on this record.

Therefore, IT IS ORDERED that the request to amend the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 19, 2019.

Marsha J. Pechman
United States District Judge