|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DANIEL HOPKINS, | CASE NO. C18-1723 MJP |
| --- | --- |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW |
| v. | |
| INTEGON GENERAL INSURANCE COPORATION, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Integon General Insurance Corporation's Motion for Judgment as a Matter of Law (Dkt. No. 84). Having reviewed the Motions and the related record, having heard from the Parties, and having previously ruled on Defendant's arguments (Dkt. Nos. 37, 44), the Court DENIES the Motion for Judgment as a Matter of Law for the reasons stated in the trial court record upon oral argument (Dkt. No. 83).

//

//

//

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated October 14, 2020.

*[Signature]*

Marsha J. Pechman
United States Senior District Judge