# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL HOPKINS,<br><br>        Plaintiff,<br><br>   v.<br><br>INTEGON GENERAL INSURANCE CORPORATION,<br><br>        Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-1723 MJP |

X    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

      THE JURY FOUND that Integon General Insurance Corporation violated the insurance contract by finding that the value of the underlying UIM claim was $751,491 (far in excess of the requested UIM insurance limits of $250,000). The jury also found that Integon General Insurance Corporation violated the Consumer Protection Act (CPA) and awarded $16,931 for the damages caused by that violation. The jury also found that Integon General Insurance Corporation violated its obligation of good faith to Plaintiff and awarded $180,231 for the damages caused by that violation.

      THE COURT RULED that the judgment on the UIM claim is limited to the $250,000 UIM policy limit. The Court also ruled that attorney fees should be awarded in favor of Plaintiff in the amount of $433,243.75. The Court also ruled that the damages awarded by the jury for Integon General Insurance Corporation's breach of the CPA should be trebled up to the statutory maximum of $25,000.

      Based on the foregoing, the Court enters amended judgment in favor of Plaintiff Daniel Hopkins and against Defendant Integon General Insurance Company in conformity with the jury's October 15, 2020 verdict and the Court's February 16, 2021 Order (Dkt. 123). Amended judgment is entered in favor of Plaintiff in the amount of $888,474.75 with post-judgment interest at the applicable rate.

Dated February 18, 2021.

                                      William M. McCool
                                      Clerk of Court

                                      s/ Grant Cogswell
                                      Deputy Clerk