UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL HOPKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>INTEGON GENERAL INSURANCE CORP.,<br><br>  Defendant. | CASE NO. 2:18-CV-01723-MJP<br><br>ORDER RE STIPULATION MOTION TO CONTINUE DEADLINE FOR JOINT STATUS REPORT |

THIS MATTER comes before the Court on the Stipulated Motion to Continue Deadline for the Joint Status Report. (Dkt. No. 135). The Court, having considered the Stipulated Motion, and being otherwise fulled advised, hereby GRANTS the Stipulated Motion to Continue. The new deadline for the Parties' Joint Status Report is June 29, 2022.

The clerk is ordered to provide copies of this order to all counsel.

//

//

//

1  Dated June 21, 2022.

2

3  Marsha J. Pechman
   United States Senior District Judge