UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL HOPKINS,

        Plaintiff,

v.

INTEGON GENERAL INSURANCE CORPORATION,

        Defendant.

CASE NO. 2:18-cv-1723 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

MINUTE ORDER - 1

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 1, 2023.

Ravi Subramanian
Clerk of Court

s/Laura Hobbs
Deputy Clerk

MINUTE ORDER - 2